UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LANA PEREZ and,            CASE NO.: 07-21794-CIV-MOORE/Garber
ELENA LEFFLER,

    Plaintiffs,

vs.

SAKS FIFTH AVENUE, INC., a foreign
Corporation, doing business in Florida,
Defendant.
_____/

**PLAINTIFFS' REPLY TO DEFENDANT'S ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES TO COUNTS I THROUGH IV AND VI THROUGH IX OF PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT**

COMES NOW PLAINTIFFS, LANA PEREZ and ELENA LEFFLER, by and through their undersigned counsel, and file this, their reply to the *Defendant's Answer, Defenses and Affirmative Defenses to Counts I Through IV and VI Through IX of Plaintiff's First Amended Verified Complaint* and state as follows:

1. The Plaintiffs denies each and every allegation contained in the defenses and affirmative defenses numbered 1 through 16, and further demands strict proof thereof.

                Respectfully submitted,

                DEUTSCH ROTBART & ASSOCIATES, P.A
                Counsel for Plaintiff
                7251 West Palmetto Park Road
                Suite 206
                Boca Raton, Florida 33433
                Telephone:  561.361.8010
                Facsimile:   561.361.8086

                BY:    *Erika Deutsch Rotbart s/.*
                         Erika Deutsch Rotbart, Esq.
                         Florida Bar No.: 0047686

2

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via facsimile and electronic delivery on this 20th day of July, 2007 to Timothy O. Schranck, Esq., Fowler White Burnett P.A., Espirito Santo Plaza, 14th Floor, 1395 Brickell Avenue, Miami, Florida 33131.

             DEUTSCH ROTBART & ASSOCIATES, P.A.

             BY:   Erika Deutsch Rotbart s/.
                 Erika Deutsch Rotbart, Esq.
                 Florida Bar No.: 0047686