UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LANA PEREZ and,　　　　　　　　　　　　　CASE NO.: 07-21794-CIV
ELENA LEFFLER,　　　　　　　　　　　　　　MOORE/Simonton

　　　Plaintiffs,

vs.

SAKS FIFTH AVENUE, INC., a foreign
Corporation, doing business in Florida,

　　　Defendant.
_____/

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

　　　Plaintiffs, LANA PEREZ and ELENA LEFFLER, pursuant to S.D. Fla. L.R. 7.1 (A) (1) (j), and Fed.R.Civ.P. 16 moves to extend the discovery deadline from May 12, 2008, which is unopposed by Defendant. The "good cause" for this Motion is as follows:

　　　1.　　The Scheduling Order Setting Pretrial Conference and Trial Date [DE 10] dated August 3, 2007 set the deadline for discovery as May 12, 2008.

　　　2.　　Plaintiffs filed a motion to compel discovery [DE 28] and among other matters requested certain electronically stored discovery, such as e-mail, sales reports and sales discounts. This Court partially ruled on that motion on January 18, 2008 [DE 34]. The Court's order allowed Plaintiffs' computer forensic expert to examine the Defendant's computer/electronic systems within twenty (20) days of the January 18, 2008 Order of the Court.

　　　3.　　The Court reserved ruling on this portion of the motion to compel until the Plaintiffs' expert report was filed with the Court following the examination described above. The Plaintiffs filed the expert report of Jesus Pena on March 19, 2008 [DE 35];

and thus, said Plaintiffs' Motion to Compel Electronic Discovery has been pending since that date.

4.  Plaintiffs seek to extend the discovery deadline by thirty days (30) beyond the date that the Court rules on the pending Motion to Compel Electronic Discovery to allow parties to exchange the electronic discovery contemplated by the motion and for the same to be reviewed by Plaintiffs to determine whether additional documents will be required or whether additional persons will need to be deposed as a result of any documents that may be produced as part of that electronic discovery.[1]

5.  In accordance with Local Rule 7.1, Plaintiffs' counsel conferred in good faith with Defendant's counsel on May 2, 2008, and Defendant's counsel does not oppose extending the discovery deadline in light of the pending motion for electronic discovery, but counsel for Defendant did communicate to the undersigned that they would want the Court to have enough time to consider Defendant's Motion for Summary Judgment and Plaintiffs' Response in Opposition to Summary Judgment prior to trial.

WHEREFORE, the Plaintiffs respectfully request this Court to extend the discovery deadline to thirty (30) days after the Court rules on Plaintiffs' pending Motion to Compel Electronic Discovery [DE 28] involving the expert report [DE 35] and to take such other action as the Court deems necessary and just under the circumstances.

Respectfully submitted,

DEUTSCH ROTBART & ASSOCIATES, P.A.
Counsel for Plaintiffs
7251 West Palmetto Park Road
Suite 206
Boca Raton, Florida 33433

---

[1] Plaintiffs have simultaneously filed a *Motion for Leave of Court to Take Additional Depositions* separately citing good cause for the necessity of taking the additional depositions in this matter.

2

            Telephone:  561.361.8010
            Facsimile:   561.361.8086

          BY:   Erika Deutsch Rotbart s/.
            Erika Deutsch Rotbart, Esq.
            Florida Bar No.: 0047686

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on **May 2, 2008**, the foregoing document was electronically filed with the Clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          DEUTSCH ROTBART & ASSOCIATES, P.A.


          BY:   Erika Deutsch Rotbart s/.
            Erika Deutsch Rotbart, Esq.
            Florida Bar No.: 0047686

## SERVICE LIST
*Lana Perez and Elena Leffler v. Saks Fifth Avenue, Inc.*
CASE NO.: 07-21794-CIV-MOORE/SIMONTON

Elizabeth P. Johnson, Esq.
Fowler, White Burnett, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131
ejohnson@fowler-white.com
305.789.9200
305.789.9201

Michael Elkins, Esq.
Fowler, White Burnett, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131
melkin@fowler-white.com
305.789.9200
305.789.9201

Erika Deutsch Rotbart, Esq.
Deutsch Rotbart & Associates, P.A.
7251 West Palmetto Park Road
Suite 206
Boca Raton, FL 33433
edrotbart@comcast.net
561.361.8010
561.361.8086